# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE AND JOSEPH CARRO, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-CV-00905 |
| v. | : | (MEHALCHICK, M.J.) |
| SPLIT ROCK, et al., | : | |
| Defendants | : | |

## CASE MANAGEMENT ORDER

AND NOW, this 2nd day of July, 2021, IT IS HEREBY ORDERED that Defendants are granted a 20 day extension of time to file a response to Plaintiffs' complaint. Defendants shall respond to Plaintiffs' complaint on or before July 19, 2021.

**BY THE COURT:**

*/s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**